UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                -against-                     :      15 Cr. 237 (LGS)

    ZAY FORMAN,                        :      ORDER

                     Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 11, 2024, the Probation Department filed an Amended Violation of Supervised Release Report and Petition alleging 11 instances when Defendant violated the conditions of his supervised release.

WHEREAS, on February 20, 2024, Defendant appeared before Magistrate Judge Sarah L. Cave and was detained on consent. (Dk. No. 31)

WHEREAS, this matter was reassigned to this Court on March 13, 2024. It is hereby

**ORDERED** the parties shall file a joint status letter on **March 20, 2024,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: March 15, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE