UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-

    ZAY FORMAN,
                                Defendant.
------------------------------------------------------------X

15 Cr. 237 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for September 30, 2024, is adjourned to **October 1, 2024, at 11:00 a.m.**

Dated: September 16, 2024
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**