UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
  UNITED STATES OF AMERICA                                :
                                                          :
                                                          :            15 Cr. 237 (LGS)
                    -against-                              :
                                                          :                ORDER
  ZAY FORMAN,                                             :
                                       Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a status conference regarding the Probation Department's Violation of

Supervised Release Report and Petition dated February 19, 2026, is currently scheduled for

March 24, 2026, at 10:30 a.m.  It is hereby

        ORDERED that the Defendant's appointment of counsel and arraignment on the pending

specifications is referred to the magistrate judge on duty.  The Government shall promptly

schedule a hearing date.  It is further

        ORDERED the parties shall confer and file a joint status letter on **March 13, 2026,**

informing the Court of the status of Defendant's compliance with the terms of his supervised

release and their respective positions with respect to the pending specifications including whether

a disposition has been reached or if an evidentiary hearing is needed.


Dated: March 5, 2026
       New York, New York

                                                    _____
                                                          LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE