UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                          :

  UNITED STATES OF AMERICA            :

                                         :                 15 Cr. 237 (LGS)

                 -against-               :

                                         :                        <u>ORDER</u>

  ZAY FORMAN,                         :

                             Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, a status conference was held today regarding the Probation Department's

Violation of Supervised Release Report and Petition dated February 19, 2026.  It is hereby

     **ORDERED** that by **April 14, 2026**, the Probation Department shall provide the Court

with its agreed upon plan for Defendant's compliance with the terms of supervision.  It is further,

     **ORDERED** that the parties shall file a joint status letter on **May 22, 2026,** informing the

Court of the status of Defendant's compliance with the terms of his supervised release.

Dated: March 24, 2026
        New York, New York

                                                LORNA G. SCHOFIELD
                                   **UNITED STATES DISTRICT JUDGE**