UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                 :

  UNITED STATES OF AMERICA         :

                                :        15 Cr. 237 (LGS)

           -against-           :

                                :        <u>SCHEDULING ORDER</u>

  ZAY FORMAN,               :

                 Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, a status conference was held on May 19, 2026, regarding the Probation

Department's Amended Violation of Supervised Release Report and Petition dated April 29,

2026.  It is hereby

     **ORDERED** that the parties shall appear for a Bail Appeal hearing on **May 26, 2026, at**

**2:00 p.m**.  It is further,

     **ORDERED** that an evidentiary hearing on the pending specifications shall be held on

**July 6, 2026, at 2:00 p.m.**

Dated: May 22, 2026
       New York, New York

                                       **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**