UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                   :

   UNITED STATES OF AMERICA          :

                                     :

                       -against-          :

                                     :

   ZAY FORMAN,                    :

                            Defendant.   :
----------------------------------------------------------- X

                           15 Cr. 237 (LGS)

                      <u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the Bail Appeal hearing previously scheduled for May 26, 2026, is adjourned to **June 1, 2026, at 2:15 p.m**.

Dated: May 28, 2026
        New York, New York

                                       **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**