UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA                                  :
                                                            :
                                                            :          15 Cr. 237 (LGS)
              -against-                                      :
                                                            :          ORDER
  ZAY FORMAN,                                               :
                                            Defendant.      :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on June 9, 2026, the Court received Defendant's emailed letter application

(the "Letter") seeking an order directing the Probation Department to schedule his mental health

assessment with a suitable medical provider via videoconference.

        WHEREAS, Defendant seeks to file the Letter and its attachments under seal without

providing any justification.  It is hereby

        ORDERED that by **June 16, 2026**, Defendant shall either file a letter application with

reasons justifying the sealing or redaction of the Letter, or file the Letter, as is, on the public

docket.  The Letter will be maintained under seal through June 16, 2026.  It is further

        ORDERED that by **June 22, 2026**, the Probation Department shall arrange for

Defendant's mental health assessment with a suitable medical provider to take place in person or

via videoconference.  To avoid creating any security concerns, the Probation Department, through

the Government, shall email chambers the date of the scheduled assessment noting whether it will

take place in person or virtually.

Dated: June 12, 2026
       New York, New York

                                                    _____
                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE