UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ZAY FORMAN,

Defendant.

------------------------------------------------------------X

15 Cr. 237 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Zay Forman's sentencing hearing will be held on **August 18, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed by **August 4, 2026**. The Government's sentencing submission, if any, shall be filed by **August 7, 2026**.

Dated: July 15, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**